| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of Florida |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**  
   Global Fidelity Bank

2. **Debtor's unique identifier**

   **For non-individual debtors:**
   ☐ Federal Employer Identification Number (EIN)  ___ ___ – ___ ___ ___ ___ ___ ___ ___
   ☐ Other _____. Describe identifier _____.

   **For individual debtors:**
   ☐ Social Security number:   xxx – xx– ____ ____ ____ ____
   ☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____
   ☑ Other  Registration Number  . Describe identifier  CR280948  .

3. **Name of foreign representative(s)**  
   Michael Pearson and Nicola Cowan

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  
   Grand Court of the Cayman Islands Financial Services Division; No. 168 of 2021

5. **Nature of the foreign proceeding**  
   *Check one:*  
   ☑ Foreign main proceeding  
   ☐ Foreign nonmain proceeding  
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**  
   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.  
   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.  
   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.  
   _____  
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**  
   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)  
   ☑ Yes

Docusign Envelope ID: EDA8FAA9-8E00-4ED1-8B07-09569831DC02

Debtor  Global Fidelity Bank_____    Case number (*if known*)_____
            Name

| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
|---|---|---|
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

9. **Addresses**

**Country where the debtor has the center of its main interests:**

_____

**Debtor's registered office:**

Harbour Centre, 159 Mary Street_____
Number       Street

2nd floor_____
P.O. Box

George Town,_____
City           State/Province/Region      ZIP/Postal Code

Grand Cayman, Cayman Islands_____
Country

**Individual debtor's habitual residence:**

_____
Number       Street

_____
P.O. Box

_____
City           State/Province/Region      ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

10, Market Street, # 769_____
Number       Street

_____
P.O. Box

Grand Cayman, KY1 9006_____
City           State/Province/Region      ZIP/Postal Code

Cayman Islands_____
Country

10. **Debtor's website** (URL)    _____

11. **Type of debtor**

    *Check one:*

    ☑ Non-individual (*check one*):

        ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

        ❏ Partnership

        ❏ Other. Specify: _____

    ❏ Individual

| Debtor | Global Fidelity Bank | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____    Nicola Cowan
    DocuSigned by: F9387936B8E143C...
Signature of foreign representative           Printed name

Executed on  04/29/2025
             MM / DD / YYYY

✗ _____    _____
Signature of foreign representative           Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Leyza B. Florin                    Date  04/29/2025
Signature of Attorney for foreign representative    MM / DD / YYYY

Leyza B. Florin
Printed name

Sequor Law, P.A.
Firm name

1111 Brickell Avenue, Suite 1250
Number       Street

Miami                                    FL        33131
City                                     State     ZIP Code

(305) 372-8282                           lflorin@sequorlaw.com
Contact phone                            Email address

104639                                   FL
Bar number                               State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3