UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

GLOBAL FIDELITY BANK (In Liquidation)      Chapter 15

   Debtor in a Foreign Proceeding.      Case No.: 25-14799-EPK

_____/

**JOINT OFFICIAL LIQUIDATORS' MOTION FOR
JUDICIAL REASSIGNMENT OF BANKRUPTCY CASE**

Michael Pearson and Nicola Cowan (together the "JOLs" or "Joint Official Liquidators"), as Joint Official Liquidators of Global Fidelity Bank (In Liquidation) ("GFB" or "Debtor"), file this Motion (the "Motion") requesting reassignment of the instant bankruptcy case to the Honorable Mindy A. Mora pursuant to Local Bankruptcy Rule 1015-1 and, in support thereof, respectfully states as follows:

1. On April 29, 2025, the Joint Official Liquidators filed a Chapter 15 Petition and a motion for recognition seeking the recognition of the Debtor's official liquidation in the Cayman Islands pursuant to Chapter 15. ECF No. 1 & 2.

2. As detailed in the Declaration of Nicola Cowan, accompanying the Motion for Recognition, the Debtor was a bank in the Cayman Islands that offered a range of banking products and services, including day-to-day banking, fixed-term deposit accounts, treasury management, and lending solutions. ECF No. 2-1 ¶ 5.

3. One of the customers of the Debtor was Natural Capital Limited ("NCL"), which entered into a purchase and repurchase agreement with the Debtor for the purchase and sale of

unrefined gold, whereby Debtor advance US$2,750,000 to NCL. However, NCL never repaid the Debtor and, after the Debtor commenced legal action against NCL, NCL entered into a consent order acknowledging its debt. NCL has failed to repay the amount owed.

4. NCL is subject of its own official liquidation in the Cayman Islands, which official liquidation was recognized as a foreign main proceeding under Chapter 15 in the matter styled as *In re Natural Capital Ltd*, Case No. 25-10662-MAM (ECF No. 6) (Bankr. S.D. Fla. Feb. 25, 2025) and is currently pending before the Honorable Mindy A. Mora.

5. The Joint Official Liquidators of the Debtor are also the joint official liquidators of NCL, and have been recognized as the foreign representatives in NCL's Chapter 15 case.

6. The underlying facts of the liquidation of the Debtor overlap with the liquidation of NCL, and the Joint Official Liquidators intend to conduct further investigations concerning both the Debtor and NCL. As the underlying facts and investigations concerning these two cases overlap, in the interest of judicial and cost efficiency, the Joint Official Liquidators request the cases transfer of this case to avoid duplication of efforts.

WHEREFORE, the Joint Liquidators respectfully request that the Court enter an Order, substantially in the form attached hereto as **Exhibit "A"**, granting the relief requested herein and such other and further relief this Court deems just and proper.

Dated: May 2, 2025                                                                                         Respectfully submitted,

SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
lflorin@sequorlaw.com
jmendoza@sequorlaw.com
mdrivero@sequorlaw.com
Telephone:    (305) 372-8282
Facsimile:    (305) 372-8202

By:    */s/ Juan J. Mendoza*
      Leyza B. Florin
      Florida Bar No. 104639
      Juan J. Mendoza
      Florida Bar No.: 113587
      Miguel E. Del Rivero
      Florida Bar No.: 1048586

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via U.S. mail to those not registered for CM/ECF, as indicated on the service list.

*/s/ Juan J. Mendoza*
Juan J. Mendoza

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Leyza Barbara Florin**    lflorin@sequorlaw.com, jdiaz@sequorlaw.com,9361209420@filings.docketbird.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

- (No manual recipients)

3

SEQUOR LAW, P.A.

*EXHIBIT "A"*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

GLOBAL FIDELITY BANK (In Liquidation)　　　　Chapter 15

　　Debtor in a Foreign Proceeding.　　　　　　Case No.: 25-14799-EPK
_____/

### ORDER GRANTING JOINT OFFICIAL LIQUIDATORS' MOTION FOR JUDICIAL REASSIGNMENT OF BANKRUPTCY CASE

Came on for consideration the *Joint Official Liquidators' Motion for Judicial Reassignment of Bankruptcy Case* (the "Motion") filed by Michael Pearson and Nicola Cowan ("Joint Official Liquidators"), as the joint official liquidators of Global Fidelity Bank, seeking the transfer of this Chapter 15 Case to the Honorable Mindy A. Mora. The Court has considered the Motion and is otherwise duly informed. Accordingly, it is

2

HEREBY ORDERED THAT:

1. The Motion is **GRANTED**.

2. The Clerk of the Bankruptcy Court shall reassign the Debtor's Bankruptcy Case, pending before the Court under Case No. 25-14799-EPK, to the Honorable Mindy A. Mora, Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Florida.

###

Submitted by:
Juan J. Mendoza
SEQUOR LAW, P.A.
1001 Brickell Bay Dr., 9th Floor
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
jmendoza@sequorlaw.com

Juan J. Mendoza shall serve a copy of this Order on all interested parties entitled to service and file a certificate of service thereafter.